UNITED STATES DISTRICT COURT **JS-6**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-6195-DMG (SSx)** | Date | December 6, 2017 |

Title *Jose Amador Jacobo v. Joseph Amosh, et al.*

---

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES RE DISMISSAL OF ACTION**

On November 21, 2017, the Court ordered Plaintiff to show cause in writing, no later than December 5, 2017, why the above-entitled action should not be dismissed as for failure to prosecute. To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court DISMISSES this action for lack of prosecution without prejudice.

IT IS SO ORDERED.